# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CHRISTINA LEE | § |
| | § Civil Action No. 4:18-CV-605 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Christina Lee's Motion for Award of Attorney Fees (Dkt. #20) and Commissioner's Response (Dkt. #22), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #20) is **GRANTED**, and the Commissioner is directed to pay six thousand, four hundred sixty dollars and sixty-one cents ($6,460.61) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.
**SIGNED this 13th day of August, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE